# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: NATIONAL ARBITRATION
FORUM TRADE PRACTICES LITIGATION

MDL NO. 10-2122 (PAM-JSM)

THIS DOCUMENT RELATES TO:
ALL ACTIONS

---

REGINALD PELLETIER, on behalf of
himself and all others similarly situated,

Case No. 0:10-cv-00345 (PAM-JSM)

        Plaintiff,

v.

NATIONAL ARBITRATION FORUM, INC.;
NATIONAL ARBITRATION FORUM, LLC;
DISPUTE MANAGEMENT SERVICES, LLC
dba FORTHRIGHT; FIA CARD SERVICES,
N.A.; CACV OF COLORADO, LLC; and
DOES 1 – 50 inclusive,

        Defendants.

**CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT
CACV OF COLORADO, LLC**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CACV of Colorado, LLC ("CACV") makes the following disclosures:

1.     CACV is a Colorado limited liability corporation.

2.     CACV's sole member is SquareTwo Financial Corporation, a Delaware corporation.

3.     No publicly held corporation owns 10% or more of CACV's stock.

Dated: February 18, 2010

**BRIGGS AND MORGAN, P.A.**


By:  s/ Matthew D. Forsgren
    Matthew D. Forsgren (#246694)
    Kari S. Berman (#0256705)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
(612) 977-8400

**ATTORNEYS FOR DEFENDANT
CACV OF COLORADO, LLC**