UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: NATIONAL ARBITRATION FORUM TRADE PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 10-2122 (PAM-JSM) |
| REGINALD PELLETIER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ARBITRATION FORUM, INC.; NATIONAL ARBITRATION FORUM, LLC; DISPUTE MANAGEMENT SERVICES, LLC dba FORTHRIGHT; FIA CARD SERVICES, N.A.; CACV OF COLORADO, LLC; and DOES 1 – 50 inclusive,<br><br>Defendants. | Case No. 0:10-cv-00345 (PAM-JSM)<br><br>**STIPULATION REGARDING SCHEDULE FOR ANSWERING OR OTHERWISE RESPONDING TO PLAINTIFF'S COMPLAINT** |

Plaintiff Reginald Pelletier and Defendants CACV of Colorado, LLC ("CACV") and FIA Card Services, N.A. ("FIA") (collectively "Parties") stipulate that, although the above-captioned case was closed by the transferor court (and thus no deadlines are pending as far as the Parties are aware), if it is acceptable to the Court, the Parties will have until March 18, 2010 to answer or otherwise respond to Plaintiff's Complaint.

Dated:  February 17, 2010          By:   s/ Matthew D. Forsgren
                                         Matthew D. Forsgren (#246694)
                                         Kari S. Berman (#0256705)
                                   BRIGGS AND MORGAN, P.A.
                                   2200 IDS Center
                                   80 South Eighth Street
                                   Minneapolis, MN 55402
                                   Telephone:  (612) 977-8400
                                   Facsimile:  (612) 977-8650
                                   mforsgren@briggs.com
                                   kberman@briggs.com

                                   *Attorneys for Defendant CACV of Colorado, LLC*

2466394v1

Dated: February 17, 2010   By:   s/ Casey G. Reeder
          Casey G. Reeder
HILL WARD HENDERSON
101 East Kennedy Boulevard, Suite 3700
PO Box 2231
Tampa, FL 33601-2231
Telephone: (813) 221-3900
creeder@hwhlaw.com

*Attorneys for Defendant FIA Card Services, N.A.*


Dated: February 18, 2010   SHMUELY & WILLIS, P.A.
Rami Shmuely, Trial Counsel
(Florida Bar No. 21273)
P.O. Box 8381
Fort Lauderdale, Florida 33310
Telephone: (886) 915-9554
Facsimile: (954) 714-2438
swpalaw@gmail.com

PEARSON, SIMON, WARSHAW & PENNY, LLP
Jessica L. Grant
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
jgrant@pswplaw.com


By:   s/ Jessica L. Grant
      Jessica L. Grant

*Attorneys for Plaintiff and the Proposed Class*